IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Alisa Smith, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Credit Acceptance Corporation, a Michigan ) | |
| Corporation; Unknown Repossession ) | Case No. 10-cv-7487 |
| Company, Individually, and as Agent, ) | |
| Apparent Agent, Servant, and/or Employee ) | |
| of Credit Acceptance Corporation; and ) | |
| Unknown Repossession Agents, Individually, ) | |
| and as Agents, Apparent Agents, Servants, ) | |
| and/or Employees of Unknown Repossession ) | |
| Company, ) | |
| Defendants. ) | |

**CREDIT ACCEPTANCE CORPORATION'S AGREED MOTION
TO WITHDRAW COUNTERCLAIM AND AFFIRMATIVE DEFENSE AND FILE AMENDED ANSWER**

Defendant Credit Acceptance Corporation ("CAC"), by and through its attorneys Anna-Katrina Christakis and Danielle M. Kays (Grady Pilgrim Christakis Bell LLP, of counsel), hereby moves pursuant to Fed. R. Civ. P. 15(a)(2) for leave to withdraw its counterclaim and affirmative defense and file an amended answer and states as follows:

1. Debtor Alissa Smith filed a petition for Chapter 7 bankruptcy on March 3, 2009, in the United States Bankruptcy Court for the Northern District of Illinois, styled *In re: Alisa Smith*, case number: 09-B-08162 (the "Bankruptcy Action").

2. Smith's Bankruptcy Action was administratively closed without discharge on June 22, 2009, because Smith had not filed her certificate of financial management completion.

3. On November 19, 2010, Smith (through the same counsel representing her in her Bankruptcy Action) filed her complaint in this action and alleged that CAC violated the FDCPA.

4. On February 25, 2011, CAC, through its attorneys, answered Smith's complaint and filed a counterclaim seeking payment of a debt that Smith had listed in her Bankruptcy Action petition schedule (the "Counterclaim").

5. Thereafter, though nearly two years had passed since the Bankruptcy Action had been administratively closed due to Smith's failure to file certificate of her financial management course completion, Smith filed a motion to reopen her Bankruptcy Action on April 11, 2011. That motion was granted on April 15, 2011, and a discharge order was entered on April 20, 2011. Thus, the debt that is the subject of the Counterclaim was not discharged until April 20, 2011.

6. Smith filed a Motion to Dismiss Counterclaim and Affirmative Defenses on April 29, 2011, based on the alleged premise that the debt that is the subject of the Counterclaim was discharged in the Bankruptcy Action. [Docket No. 22.]

7. Because Smith failed to justify her delay in reopening her Bankruptcy Action and sat on her rights until a time when CAC had been prejudiced, CAC filed in the Bankruptcy Action a motion to reconsider its decision to reopen the case and to withdraw the order of discharge. [Bankruptcy Action, Docket No. 23]

8. The bankruptcy court denied CAC's motion to reconsider on July 25, 2011, and because of events that occurred subsequent to the time CAC filed is answer, affirmative defense and counterclaim, CAC requests leave to withdraw its counterclaim and affirmative defense and file an amended answer.

9. Counsel for CAC conferred with Christian Elenbaas on August 4, 2011, and he consents to CAC's requests in this motion.

WHEREFORE, Defendant CAC respectfully seeks leave to withdraw its counterclaim and affirmative defense and file an amended answer within 14 days.

Respectfully Submitted,

Credit Acceptance Corporation

By: s/ Danielle M. Kays
One of its Attorneys

Anna-Katrina S. Christakis (#6242675)
Danielle M. Kays (#6284321)
Grady Pilgrim Christakis Bell LLP
53 West Jackson Boulevard
Suite 1515
Chicago, Illinois 60604
Phone: (312) 361-3470
Fax: (312) 939-0983

3

**CERTIFICATE OF SERVICE**

       Danielle M. Kays, an attorney, certifies that on August 5, 2011, she electronically filed the foregoing **Credit Acceptance Corporation's Motion for Leave to Withdraw Counterclaim and Affirmative Defense** with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all CM/ECF attorneys of record.

    Christian Elenbaas
    Robert J. Semrad & Associates
    205 S. Clark, Suite 2800
    Chicago, IL  60603
    celenbaas@robertjsemrad.com

                              s/ Danielle M. Kays_____