## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Alisa Smith
                                        Plaintiff,

v.                                                          Case No.: 1:10−cv−07487
                                                                           Honorable Marvin E. Aspen

Credit Acceptance Corporation, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 8, 2011:

    MINUTE entry before Honorable Marvin E. Aspen:Defendant Credit Acceptance Corporation's agreed Motion to withdraw [34] counterclaim and affirmative defense and file an amended answer within 14 days is granted. Plaintiff's Motion to dismiss [22] counterclaim is terminated as moot. The Status hearing set for 9/15/2011 at 10:30 AM. to stand. The motion hearing set for 8/9/11 is stricken. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.